```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: July 23, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PESSY RUTNER,

                Plaintiff,

– against –

GROSSMAN & KARASZEWSKI, PLLC,
AND JH PORTFOLIO DEBT EQUITIES, LLC,

                Defendants.

**ORDER**

19 Civ. 114 (ER)

Ramos, D.J.:

       The Court is in receipt of plaintiff Pessy Rutner's letter of July 21, 2020, requesting an order dismissing the instant action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), in light of defendants' dissolution. Doc. 28. Accordingly, the Court DISMISSES this action under Rule 41(a)(2). The Clerk of Court is respectfully directed to terminate letter motion, Doc. 28, and close the case.

It is SO ORDERED.

Dated:   July 23, 2020
           New York, New York

                                                    Edgardo Ramos, U.S.D.J.